**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
www.flsb.uscourts.gov

☐    1st              Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐                  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Dennis Mandeville**      JOINT DEBTOR:      CASE NO.: **12-30583-PGH**
Last Four Digits of SS#    **1015**            Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ __305.61__ for months __1__ to __60__; in order to pay the following creditors:

Administrative:    Attorney's Fee: $ 3,670.00**      TOTAL PAID $1,000.00
                Balance Due:    $ 2,670.00          payable $ __277.83__ /month (Months 1 to 9 )
                                                                            $ __169.53__ / month (Month 10 )

** Base fee $3,500 +$170.00 Administrative Cost

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

Unsecured Creditors: Pay $ __108.30__ /month (Month __10__); Pay $ __277.83__ /month ((Months __11__ to __60__).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor to pay Wachovia Mortgage/World Savings account ending xxxx 9904 direct outside the plan, secured by property at 1952 Bonnie Street Boca Raton, FL 33486

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th of each year during the period of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase the payments to the unsecured creditors over and above the payment provided through the Plan up to the allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

s/s  Dennis Mandeville                    s/s/
Debtor                                             Joint Debtor

Date: October 23, 2012                Date:

LF-31 (rev. 01/08/10)